### ROBERTS *v.* THE STATE.

Where the jurisdiction of the Common Pleas to try for a felony is based upon the fact that the defendant is in custody, the information must show that the crime for which he is prosecuted is the same for which he is in custody.

Marvin v. The State.

APPEAL from the *Marion* Common Pleas.

*Per. Curiam.*—The judgment in this case is reversed, on the authority of *Justice* v. *The State*, (see 2 G. & H. 394, notes,) and the appellant ordered to be returned to the jail of *Marion* county, all of which is to be certified to the keeper of the State prison.

*A. J. Thornton,* and *McDonald, Roache,* and *Lewis,* for the appellant.